Michael Fuller, OSB No. 09357
Underdog Law Office
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct: 503-222-2000

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Michael Healy,

        Plaintiff(s),

v.

Johnson Mark LLC,

        Defendant(s).

Case No.: 3:24-cv-00792

JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?

   [✔] Yes  [ ] No

   If not, provide an explanation:

   _____

   _____

2.   The parties propose:   (*check one of the following*)

   ☐ (a) That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

   ☐ (b) That the Court refer this case to mediation using a Court-sponsored mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

   _____
   _____
   _____

   ☐ (c) ADR may be helpful at a later date following completion of:

   _____
   _____

   ☐ (d) The parties believe the Court would be of assistance in preparing for ADR by:

   _____
   _____

   ☐ (e) The parties do not believe that any form of ADR will assist in the resolution of this case.

   ☑ (f) Other:
   The parties attended mediation with Justice Sue Leeson and were unable to resolve the matter.
   _____
   _____

Dated: March 10, 2025          By: s/ Michael Fuller
                                   Lead Trial Attorney for Plaintiff

                               By: s/ Peter Eidenberg
                                   Of Attorneys for Defendant